**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-6565

---

DARRICK LAMONTE KING,

Plaintiff - Appellant,

versus

JUANITA BAKER; MARY HARROP; KAREN PARDUE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge. (CA-01-825-5-BR)

---

Submitted: August 12, 2004          Decided: August 18, 2004

---

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Darrick Lamonte King, Appellant Pro Se. James Philip Allen, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darrick Lamonte King appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>King v. Baker</u>, No. CA-01-825-5-BR (E.D.N.C. filed Mar. 2, 2004 & entered Mar. 3, 2004). We deny King's pending motion for relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>